**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

QIFAN SHI, an individual

               Plaintiff,

vs.

CITY OF LAKEWOOD, a Washington Municipal Corporation,

               Defendant.

**NO.**

**NOTICE OF REMOVAL**

**[FROM PIERCE COUNTY SUPERIOR COURT CAUSE NO. 25-2-13802-5]**

COMES NOW Defendants by and through their undersigned attorney of record, and hereby requests that this matter be removed to Federal District Court.

### A.    BASIS FOR REMOVAL

The basis for removal to Federal District Court is 28 U.S.C. § 1441(a), pursuant to procedures set forth at 28 U.S.C. § 1446.

This matter is subject to removal because plaintiff has alleged, *inter alia,* that the defendant have violated plaintiff's Constitution Rights.  Specifically, plaintiff's Complaint alleges violations of plaintiff's civil rights, specifically the 5th, 8th and 14th Amendments to the U.S. Constitution brought pursuant to 42 U.S.C. § 1983 & 1988.  To the extent plaintiff's Complaint alleges civil rights claims arising under the Constitution and laws of the United States, this Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1331.  This Court has supplemental jurisdiction over any claims or causes of action asserted

**NOTICE OF REMOVAL – 1**
**Cause No.:**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

or intended in the Complaint under the laws of the State of Washington pursuant to 28 U.S. C. § 1367, which may be removed and determined by this Court pursuant to 28 U.S.C. § 1441(c).

Plaintiff's Summons and Complaint were filed in Pierce County Superior Court on December 10, 2025. Defendant received notice of this lawsuit on December 11, 2025. Copies of all pleadings are listed in and attached to the Declaration of Jeffrey S. Myers, which will be filed with this Notice of Removal.

**B.      INTRADISTRICT ASSIGNMENT**

This matter is removed from Pierce County Superior Court. The defendant is situated in Pierce County, Washington and the claim arose there. It is appropriate to assign this matter to the Tacoma Division of the Western District of Washington pursuant to LCR 3(e)(1).

Dated this 9th day of January 2026, at Tumwater, Washington.

LAW, LYMAN, DANIEL, KAMERRER
& BOGDANOVICH, P.S.

*/s/ Jeffrey S. Myers*
Jeffrey S. Myers, WSBA #16390
Attorney for Defendant City of Lakewood
P.O. Box 11880, Olympia, WA 98508-1880
Telephone: 360-754-3480 Fax: 360-357-3511
Email: jmyers@lldkb.com

**NOTICE OF REMOVAL – 2**
**Cause No.:**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

**CERTIFICATE OF FILING & SERVICE**

I hereby certify, under penalty of perjury under the laws of the United States of America, that on this date, I caused to be electronically filed the foregoing document, and this Certificate of ECF Filing & Service, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following party as follows:

***Plaintiffs Attorney:***
Seth Goodstein
ROI LAW FIRM, PLLC
1302 North I Street
Tacoma, WA 98403
info@roilawfirm.com

DATED this 9th day of January, 2026 at Tumwater, WA.

*/s/ Tam Truong*
*Tam Truong, Legal Assistant*

**NOTICE OF REMOVAL – 3**
**Cause No.:**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*